# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**Terrence E. Gill,**
**on behalf of himself and**
**all others similarly situated,**

   **Plaintiff,**

            **Case No. 2:05-cv-982**
**-V-**           **JUDGE SMITH**
            **Magistrate Judge Abel**

 **Byers Chevrolet, LLC,** *et al.*,

   **Defendants.**

## <u>ORDER</u>

  On November 11, 2005, Plaintiff filed an amended motion for class certification (Doc. 4).

The Court therefore finds that Plaintiff's previously filed motion for class certification (Doc. 2)

is hereby MOOT.

  The Clerk shall remove Doc. 2 from the Court's pending CJRA motions list.

   **IT IS SO ORDERED.**

      **/s/ George C. Smith**     
     **GEORGE C. SMITH, JUDGE**
     **UNITED STATES DISTRICT COURT**